# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | NO. CR 24-186-JHC |
| vs. | ORDER GRANTING MOTION TO EXTEND REPORTING DATE |
| OCHE POSTON. | |
| Defendant. | |

The court has reviewed Mr. Poston's unopposed motion to extend the date by which he must report to his designated BOP facility to begin serving his sentence. Dkt. # 272. For the reasons set forth in that motion, Mr. Poston's date to report to begin serving his sentence is extended to the second day of January, 2026.

DATED this 26th day of September, 2025.

*John H. Chun*
John H. Chun
United States District Judge

-1-

**ORDER**
**(United States v. Oche Poston CR24-186-JHC)**